**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| Dawn Burress, | ) | Civil Action No. 1:24-cv-1664 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Lloyd J. Austin, III, Secretary | ) | |
| U.S. Department of Defense, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff DAWN BURRESS, by her undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned matter in its entirety and with prejudice.

Dated:  November 25, 2024                    Respectfully submitted,


                                             ALAN LESCHT AND ASSOCIATES, P.C.


                                             _/s/ Sara McDonough_____

                                             Sara McDonough [86376]
                                             1825 K Street, NW, Suite 750
                                             Washington, DC 20006
                                             Tel (202) 315-1729
                                             Fax (202) 463-6067
                                             sara.mcdonough@leschtlaw.com
                                             *Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 25, 2024, I filed the foregoing via the Court's electronic filing system, which will serve notice on all counsel of record.

　/s/ Sara McDonough　　　

Sara McDonough

2